lish, deceased, against Luke Higgins and another, to set aside a fraudulent conveyance. From a judgment in favor of the plaintiffs, the defendants appeal. Reversed. M. J. Horan, for appellants. Edward W. S. Johnston, for respondents.

INGRAHAM, J. The action is brought to set aside a conveyance of property made by the defendant Luke Higgins to the defendant Elizabeth Higgins, his wife. The case was tried with, and depends upon the same facts as, the case of Kalish v. Higgins (decided herewith) 75 N. Y. Supp. 397; and for the reasons stated in the opinion in that case the judgment appealed from should be reversed, and a new trial ordered, with costs to the appellant to abide the event. All concur.

KANE, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 15, 1902.) Action by John Kane against the Metropolitan Street Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

KEELY, Respondent, v. STEEL STORAGE & ELEVATOR CONST. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 28, 1902.) Action by Lena Keely, as administratrix, etc., of Thomas Kelly, deceased, against the Steel Storage & Elevator Construction Company. No opinion. Judgment and order affirmed, with costs.

KELLOGG et al., Respondents, v. SOWERBY, et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 28, 1902.) Action by Spencer Kellogg and Spencer Kellogg, Jr., against George F. Sowerby, as president of the Western Elevating Association, and others. No opinion. Order affirmed, with $10 costs and disbursements.

KELLY v. BROOKLYN HEIGHTS R. CO. (Supreme Court, Appellate Division, Second Department. March 19, 1902.) Action by Edward Kelly, an infant, by Mary Kelly, his guardian ad litem, against the Brooklyn Heights Railroad Company. From a judgment for plaintiff, and from an order denying a motion for a new trial on the ground of newly discovered evidence, defendant appeals. Reversed. I. R. Oeland, for appellant. Henry Escher, Jr., for respondent.

PER CURIAM. We have carefully considered the evidence taken and the affidavits submitted at special term on the motion for a new trial on the ground of newly discovered evidence, and we are forced to the conclusion that justice will be promoted by submitting the issues in the case to another jury. The order denying the motion for a new trial is therefore reversed, and the motion granted, and the judgment and order denying a motion for a new trial on the minutes vacated.

KENNEDY, Appellant, v. DUNN et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 7, 1902.) Action by Mary C. Kennedy against John F. Dunn and another. No opinion. Judgment affirmed, with costs.

KEYS, Appellant, v. SMITH, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 28, 1902.) Action by George J. Keys against C. Walter Smith. No opinion. Order affirmed, with $10 costs and disbursements.

KILMER v. EVENING HERALD CO. (Supreme Court, Appellate Division, Third Department. March 21, 1902.) Action for libel by Willis Sharpe Kilmer against the Evening Herald Company. From an order denying plaintiff's application for leave to discontinue, except on condition of a payment of an additional allowance, and a stipulation by plaintiff not to bring another action for the same cause, the plaintiff appeals. Reversed. Carver, Deyo & Hitchcock, for appellant. Roberts, Tuthill & Rogers, for respondent.

PER CURIAM. Order modified, by striking out provision for stipulation by plaintiff not to bring another action for same cause, and, as so modified, affirmed, with $10 costs and disbursements to appellant, on grounds stated in Kilmer v. Evening Herald Co. (decided at this term) 75 N. Y. Supp. 243.

KIRKWOOD, Appellant, v. SMITH, Respondent, et al. (Supreme Court, Appellate Division, Second Department. March 7, 1902.) Action by Thomas Kirkwood against Harry M. Smith, impleaded with another. No opinion. Order affirmed, with $10 costs and disbursements.

KOENIG et al., Respondents, v. BLOOMGARTEN, Appellant. (Supreme Court, Appellate Division, Second Department. February 15, 1902.) Action by Edward Koenig and another against Henry Bloomgarten. No opinion. Judgment of the municipal court affirmed, with costs.

KUSTER v. PRESS PUB. CO. (Supreme Court, Appellate Division, First Department. April 25, 1902.) Action by Louise E. Kuster against the Press Publishing Company. From an order granting plaintiff's motion for preference, defendant appeals. Affirmed. Wm. H. Van Benschoten, for appellant. James L. Bennett, for respondent.

PER CURIAM. For the reasons assigned in the opinion of Mr. Justice INGRAHAM in the case of Morse v. Publishing Co. (decided herewith) 75 N. Y. S. 976, the order appealed from should be affirmed, with $10 costs and disbursements.

LANGAN, Respondent, v. SUPREME COUNCIL AMERICAN LEGION OF HONOR, Appellant. (Supreme Court, Appellate Division, Second Department. February 21, 1902.) Action by John Tracey Langan against the Supreme Council American Legion of Honor. No opinion. Judgment affirmed, with costs. All concur, except JENKS, J., who takes no part.